UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------

JOHN HADDOCK,

                      Petitioner,

     vs                                            9:06-CV-130

GARY GREENE,

                      Respondent.

-----------------------------------

APPEARANCES:                                  OF COUNSEL:

JOHN HADDOCK
Plaintiff, Pro Se
04-A-6516
Great Meadow Correctional Facility
Box 51
Comstock, NY 12821-0051

HON. ANDREW M. CUOMO             MICHELLE ELAINE MAEROV, ESQ.
Attorney General of the                 Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
120 Broadway
New York, NY 10271

HON. DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Petitioner, John Haddock, brought a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The respondent made a motion to dismiss the petition.  By Report-Recommendation dated December 19, 2006, the Honorable Randolph F. Treece, United States Magistrate Judge, recommended that the motion to dismiss be granted and that the petition be dismissed without prejudice.  In spite of the fact that the petitioner was granted

several extensions of time in which to file objections, there have been no objections made to the Report-Recommendation.

Accordingly, it is

ORDERED that

1. Respondent's motion to dismiss is GRANTED; and

2. The petition for a writ of habeas corpus is DISMISSED without prejudice.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

Dated: June 22, 2007
Utica, New York.

United States District Judge